# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| FCI USA, INC. and<br>FCI AMERICAS TECHNOLOGY, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TYCO ELECTRONICS CORPORATION,<br><br>　　　　Defendant. | Civil Action No. 2:06cv128 (TJW)<br><br>JURY |

## JOINT STIPULATION OF DISMISSAL

Plaintiffs FCI USA, Inc. and FCI Americas Technology, Inc. (collectively, "FCI") and Defendant Tyco Electronics Corporation ("Tyco") hereby stipulate that they have entered into a Settlement Agreement resolving their dispute, and move this Court pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, for entry of an Order dismissing this action without prejudice. The parties request that this Court retain jurisdiction over this matter and the parties for the purposes of enforcement of the Settlement Agreement. Each party shall bear its own costs, fees, and attorneys' fees.

Dated: April 23, 2007                    /s/ Otis Carroll_____
                                         Otis W. Carroll, *Attorney in Charge*
                                         State Bar No. 03895700
                                         Ireland, Carroll & Kelley, P.C.
                                         6101 South Broadway, Suite 500
                                         Tyler, TX 75703
                                         Telephone: 903-561-1600
                                         Fax: 903-581-1071
                                         nancy@icklaw.com

                                         Albert J. Breneisen
                                         Sheila Mortazavi
                                         KENYON & KENYON LLP
                                         One Broadway
                                         New York, NY 10004
                                         212-425-7200

                                         John W. Bateman
                                         Michael M. Shen
                                         Yariv Waks
                                         KENYON & KENYON LLP
                                         1500 K Street, NW, Suite 700
                                         Washington, DC 20005
                                         202-220-4200

                                         *Attorneys for Plaintiffs*
                                         *FCI USA, Inc. and*
                                         *FCI Americas Technology, Inc.*


Dated: April.23, 2007                    /s/ Allen Gardner (*by permission Otis Carroll*)
                                         Michael E. Jones
                                         State Bar No. 10929400
                                         Allen F. Gardner
                                         State Bar No. 24043679
                                         Potter Minton PC
                                         110 N. College
                                         500 Plaza Tower
                                         Tyler, Texas 75702
                                         Tel: 903-597-5311
                                         Fax: 903-593-0846
                                         mikejones@potterminton.com

>Jack C. Berenzweig
>Rodney A. Daniel
>Mark H. Remus
>Stephanie J. Felicetty
>BRINKS HOFER GILSON & LIONE
>NBC Tower, Suite 3600
>455 North Cityfront Plaza Drive
>Chicago, IL 60611
>Tel: 312-321-4200
>Fax: 312-321-4299
>
>*Attorneys for Defendant*
>*Tyco Electronics Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 23rd day of April, 2007.

>/s/ Otis Carroll_____